JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENKEE COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br>  vs.<br><br>TRENDNET INC,<br><br>    Defendants. | Case No. 2:18-cv-7933<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

**UPON PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:**

This entire action is dismissed *with* prejudice.

Dated: 2/21/2019

_____

HON. ANDRÉ BIROTTE JR.

U.S. DIST. COURT

Central Dist. of California